| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| TYSON M. TAKEUCHI, (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA 90017<br>Tel: (213) 637-1566<br>Fax: (866) 48103238<br><br>☑ Attorney for<br><br>☐ Pro Se Debtor Grayson Ann Pierson | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 6:10-bk-13846PC |
|---|---|
| In re: GRAYSON ANN PIERSON,<br><br><br><br>Debtor(s). | **DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>(No Hearing Required) |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
   OR
   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

2. ☑ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.
   OR
   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: _____
   Movant: _____
   Personal or Real Property: _____
   _____

   Status:  ☐ Pending     ☐ Resolved     ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.18

| Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 2* | **F 3015-1.18** |
|---|---|
| In re: GRAYSON ANN PIERSON, | CHAPTER 13 |
| Debtor(s). | CASE NUMBER 6:10-bk-13846PC |

4. ☑ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   OR

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

5. Debtor seeks dismissal of this case for the following reasons:
   Debtor's will seek reinstatement of the mortgage of her residence outside of bankruptcy.
   _____
   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

Dated: 3/27/10                      _____
                                    Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/27/10                      x _____
                                    Debtor

Dated: _____              _____
                                    Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                            **F 3015-1.18**

| Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 3* | F 3015-1.18 |
|---|---|
| In re: GRAYSON ANN PIERSON,<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 6:10-bk-13846PC |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1100 Wilshire Blvd., Ste. 2606, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as <u>Debtor's Request for Voluntary Dismissal of Chapter 13 Case</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/27/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/27/10 | Ryan Ueda | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                            F 3015-1.18

|  | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:10-bk-13846-PC |

**ADDITIONAL SERVICE INFORMATION (If needed):**

American Capital Enterprises
42145 Lyndie Lane, Suite 212
Temecula, CA 92591

American Revenue Mgt
675 Hegenberger Road, Suite 200
Oakland, CA 94621

Asset Acceptance
POB 2036
Warren, MI 48090

Bank Of America
POB 17054
Wilmington, DE 19850

Bradshaw & Associates
44 Montgomery Street, 38th Floor
San Francisco, CA 94104

Bridgeport Financial
1111 Willow Street, 2nd Floor
San Jose, CA 95125

California Service Bur
9 Commercial Blvd., Suite 201
Novato, CA 94949

Capital One
PO Box 30281
Salt Lake City, UT 84130-0285

Citi/Shell
POB 6497
Sioux Falls, SD 57117

Credit Protection Association
13355 Noel Road, Suite 2100
Dallas, TX 75240

Credit Technology Inc
1990 East La Cadena Drive
Riverside, CA 92507

Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225

Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225

Creditors Speciality Serv
POB 764
Acton, CA 93510

Equifax
P.O. Box 144717
Orlando, FL 32814

Experian
Profile Maintenance
P.O. Box 9558
Allen, TX 75013

Ford Motor Credit
POB 542000
Omaha, NE 68154

GE Capital/Mervyns
POB 981400
El Paso, TX 79998

GE Capital/Walmart
POB 981400
El Paso, TX 79998

GE/JCPenney
POB 981131
El Paso, TX 79998

High Desert Creditors
14608 Main Street, Suite B
Hesperia, CA 92345

HSBC Bank
POB 81622
Salinas, CA 93912

Les Schwab Tire Center
POB 5350
Bend, OR 97708

Medicredit Corporation
1801 California Avenue
Corona, CA 92881

Zenith Acquisition
220 John Glenn Dr #1
Amherst, NY 14228

Mortgage Service Center
4001 Leadenhall Road
Mount Laurel, NJ 08054

Newport News
101 Crosswey Park West
Woodbury, NY 11797

North Coast Collection
3700 Montgomery Drive
Santa Rosa, CA 95405

Palisades Collection
210 Sylvan Avenue
Englewood, NJ 07632

PHH Mortgage
c/o Malcolm Cisneros ALC
2112 Business Center Dr., 2nd Fl
Irvine, CA 92612

Professional Credit Service
2892 Crescent Avenue
Eugene, OR 97408

Rod Danielson
Chapter 13 Trustee
4361 Latham St., Ste. 270
Riverside, CA 92501

Salle Mae
11100 USA Parkway
Fishers, IN 46037

Shapiro & Sutherland, LLC
5509 N.E. 109th Court, Suite N
Vancouver, WA 98662

Trans Union Corporation
Attn: Public Records Department
555 West Adams Street
Chicago, IL 60661

Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309

WFNNB/Roamans
4590 East Broad Street
Columbus, OH 43213

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1